# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

October 30, 2012

**SCOTT M. MORSE, SR.**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 943-8130 / fax (509) 943-8139

REPLY TO Spokane

The Honorable Wm. Fremming Nielsen
United States District Court
Thomas S. Foley United States Courthouse
920 West Riverside Avenue, Room 904
Spokane, WA 99201-1010

RECEIVED
U.S. DISTRICT COURT
OCT 30 2012
WM. FREMMING NIELSEN
DISTRICT JUDGE

RE: Adolph, Theodore H.
Docket No.: 2:09CR00078-001
**REQUEST RELEASE FROM RESIDENTIAL REENTRY CENTER (RRC) PLACEMENT**

Dear Judge Nielsen:

Mr. Adolph began his public law placement at the residential reentry center (RRC) on August 29, 2012. Since that time, he has located an appropriate release address at the Wolfe Apartments.

Mr. Adolph has consistently followed all of the rules and requirements of the RRC facility, and has not had any issues related to noncompliance. He has participated in drug testing since his placement, with no indication of illicit drug use, and has started taking classes at ITT Technical Institute.

Based on the above factors, it appears Mr. Adolph is taking the necessary steps to ensure his successful reentry back into the community. Therefore, the undersigned officer respectfully recommends that Mr. Adolph be released from the RRC program with all other conditions of supervised release to remain in effect.

ADOLPH, Theodore H.
October 30, 2012
Page 2

Should Your Honor require a different course of action, or require a court appearance by Mr. Adolph, please contact the undersigned officer.

Respectfully submitted,

Scott M. Morse, Sr.
Chief U.S. Probation Officer

s/Patrick J. Dennis       10/30/2012
Patrick J. Dennis         Date
U.S. Probation Officer

APPROVED BY:

s/Matthew L. Thompson   10/30/2012
Matthew L. Thompson      Date
Supervising U.S. Probation Officer

PJD:vm

THE COURT ORDERS

[ ] No Action
[X] Release from Residential Reentry Center Placement
[ ] Other

_____
Signature of Judicial Officer

10/31/12
Date