PROB 12C
(7/93)

Report Date: July 22, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 22 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Theodore Henry Adolph          Case Number: 2:09CR00078-001

Address of Offender: Homeless

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 16, 2010

Original Offense:        Failure to Register, 18 U.S.C. § 2250(a)

Original Sentence:       Prison - 33 Months;           Type of Supervision: Supervised Release
                         TSR - 60 Months

Asst. U.S. Attorney:     Matthew F. Duggan             Date Supervision Commenced: July 12, 2013

Defense Attorney:        Amy H. Rubin                  Date Supervision Expires: December 11, 2017

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #14**: You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.<br><br>**Supporting Evidence**: On July 20, 2013, the director of the Spokane Residential Reentery Center (RRC) placed a telephone call to the supervising U.S. probation officer regarding Mr. Adolph's noncompliance with program rules. It was determined that Mr. Adolph violated the RRC standards and he was terminated from the program.<br><br>According to the RRC director, Mr. Adolph had an unauthorized phone at the facility and it was confiscated. Mr. Adolph then contacted staff at the control room window of the facility and demanded his phone. He stated that he needed it to call the provider to have the phone turned off. Mr. Adolph was told that he could not have the phone back as it was unauthorized for him to have it at the facility. Mr. Adolph then attempted to grab the phone by reaching through the control room window. The control room staff member and Mr. Adolph had a brief struggle over the phone until the staff member was able to regain control of the phone. Mr. Adolph then returned to the dorm area. This aggressive action toward the staff member is not tolerated and Mr. Adolph was directed to leave the facility. |

Prob12C
Re: Adolph, Theodore Henry
July 22, 2013
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 7/22/2013

s/Patrick J. Dennis

U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

July 22 2013
Date