PROB 12C
(7/93)

Report Date: June 9, 2014

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 09 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Theodore Henry Adolph          Case Number: 2:09CR00078-WFN-1

Address of Offender: Homeless

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 16, 2010

Original Offense: Failure to Register, 18 U.S.C. § 2250(a)

Original Sentence: Prison 33 months;          Type of Supervision: Supervised Release
TSR - 60 months

Asst. U.S. Attorney: Matthew F. Duggan          Date Supervision Commenced: June 5, 2014

Defense Attorney: Amy H. Rubin          Date Supervision Expires: June 4, 2018

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician. |
| 2 | **Special Condition #27**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: Mr. Adolph violated his conditions of release by consuming alcohol in excess on June 6, 2014. The staff at the Spokane Residential Reentry Center (RRC) administered a Breathalyzer test on Mr. Adolph, as he was showing visible signs of intoxication at the facility. Mr. Adolph's breath sample registered .188. Mr. Adolph is not to consume alcohol while under supervised release. |
| 3 | **Special Condition #32**: You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer. |

Prob12C
Re: Adolph, Theodore Henry
June 9, 2014
Page 2

**Supporting Evidence**: On June 6, 2014, the director of the Spokane Residential Reentery Center (RRC) notified the U.S. Probation Office that Mr. Adolph had absconded from the facility at approximately 2:22 a.m. on that same day. As of the date of this report, Mr. Adolph has not returned to the facility.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/09/2014

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

June 9, 2014
Date