PROB 12C
(7/93)

Report Date: August 20, 2014

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 21 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Theodore Henry Adolph      Case Number: 0980 2:09CR00078-WFN-1

Address of Offender: Homeless, Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 16, 2010

| | | |
|---|---|---|
| Original Offense: | Failure to Register, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 33 months;<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: June 5, 2014 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: June 4, 2018 |

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/09/2014.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| 5 | **Special Condition # 20**: You shall register as a sex offender, according to the laws of the state in which you reside, are employed, or are attending school.  You shall provide verification of compliance with this requirement to the supervising officer. |

**Supporting Evidence**: On June 6, 2014, the director of the Spokane Residential Reentry Center (RRC) notified the U.S. Probation Office that Mr. Adolph had absconded from said facility.  Mr. Adolph failed to register his new address, or lack of fixed residence, within 3 business days in his county of residence, which is in violation of RCW 9A.44.130 and special condition #20 of his supervised release.

U.S. Deputy Marshal Downey arrested Mr. Adolph in Okanogan County, Washington.  Deputy Downey checked with the Okanogan County Sheriff's Office on August 18, 2014, and verified that Mr. Adolph had not registered his whereabouts with their office.

Prob12C
Re: Adolph, Theodore Henry
August 20, 2014
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 8/20/2014

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

8/21/14

Date